No. 368. Gemsco, Inc. et al. *v.* Walling, Administrator;
No. 369. Maretzo et al. *v.* Walling, Administrator; and
No. 370. Guiseppi et al. *v.* Walling, Administrator. October 16, 1944. Petition for writs of certiorari to the

Circuit Court of Appeals for the Second Circuit granted limited to the first question presented by the petition for the writs. *Messrs. Milton C. Weisman, Walter Brower, Samuel J. Cohen, Samuel S. Allan, Seymour D. Altmark,* and *Coleman Gangel* for petitioners. *Solicitor General Fahy* and *Mr. Douglas B. Maggs* for respondent.